UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Loglisci,<br>    Plaintiff,<br><br>-against-<br><br>The City of New York, Stephan Munafo, Undercover Police Officer Shield Number 9386, John Patane, Anthony Demonte, Christopher Bender, Jason Del Toro, Robert Lotufo, Joseph Petrelli, Undercover Police Officer Shield Number 352, John Does 1 though 10,<br><br>    Defendants | 09 Civ. 1220 (SHS) (THK)<br><br>DECLARATION OF SERVICE<br>First Amended Complaint |

I, Danny R. Vizuete declares under penalty of perjury:

1. That I am over 18 years of age and am not a party to this action;

2. That on June 15, 2009, at the office of the City of New York Law Department, Officer of the Corporation Counsel, 100 Church Street, 4th Floor, New York, NY 10007, I served a Summons and First Amended Complaint upon Defendant City of New York, by personally delivering and leaving one true copy of said Summons and First Amended Complaint with Dmitriy Aronov, Window Clerk.

Dated: New York, New York
   June 26, 2009

_____
Danny R. Vizuete
Office Manager
233 Broadway, Suite 2208
New York, New York 10279