UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOSEPH LOGLISCI,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, STEPHAN MUNAFO,
UNDERCOVER POLICE OFFICER SHIELD NUMBER 9386,
JOHN PATANE, ANTHONY DEMONTE, CHRISTOPHER
BENDER, JASON DEL TORO, ROBERT LOTUFO, JOSEPH
PETRELLI, UNDERCOVER POLICE OFFICER SHIELD
NUMBER 352, JOHN DOES 1 THROUGH 10,

                                 Defendants.

------------------------------------------------------------------- x

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

09 Civ. 1220 (SHS)

USDC SDNY
DOCUMENTS
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about February 10, 2009 alleging violations of his constitutional rights and common law rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or attorneys' fees except as provided for in paragraph "2" below.

2.     Defendant City of New York hereby agrees to pay plaintiff the sum of **Fifty Thousand Dollars ($50,000.00)** in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the named defendants, City of New York, Police Officer Stephan Munafo, Undercover Police Officer Shield Number 9386, Lieutenant John Patane, Sergeant Anthony Demonte, Detective Joseph Petrelli, Detective Christopher Bender, Detective Jason Del Toro, Detective Robert Lotufo, and Undercover Detective Shield Number 352 and to release all defendants, including the individuals named herein as "JOHN DOES 1 THROUGH 10" and any present or former officials, employees, representatives and agents of the City of New York, or any agency thereof, including but not limited to the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law, that were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3.     Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4.     Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.  Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.  This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
　　　　9/21　　　　, 2009

Darius Wadia, Esq.
*Attorney for Plaintiff*
Darius Wadia, LLC
233 Broadway, Suite 2208
New York, New York 10279

MICHAEL A. CARDOZO
Corporation Counsel of the
　　City of New York
*Attorney for Defendants City of New York, Police Officer Stephan Munafo, Undercover Police Officer Shield Number 9386, Lieutenant John Patane, Sergeant Anthony Demonte, Detective Joseph Petrelli, Detective Christopher Bender, Detective Jason Del Toro, Detective Robert Lotufo, and Undercover Detective Shield Number 352*
100 Church Street, Room 3-208
New York, New York 10007
(212) 788-0823

By: _____
　　　DARIUS WADIA, ESQ.

By: _____
　　　PHILIP R. DePAUL
　　　Assistant Corporation Counsel

SO ORDERED: 10/20/09

_____
U.S.D.J.

- 3 -